**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JOHN STONEWALL, | ) |
| Plaintiff, | ) |
| vs. | ) NO. CV-09-3004-JPH |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) **JUDGMENT IN A CIVIL CASE** |
| Defendant. | ) |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 17th day of November, 2009.

                                          JAMES R. LARSEN
                                          District Court Executive/Clerk

                                          by:   s/Pamela A. Howard
                                                       Deputy Clerk

cc: all counsel